UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN RODNEY PITMAN,

                Plaintiffs,

        v.

FIRST PRESBYTERIAN CHURCH OF SAN MATEO, et al.,

                Defendants.

Case No.  24-cv-02852-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/22/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

ADR:  Court sponsored mediation to be completed during February 2025.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   10/18/2024

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:  2/7/2025

DESIGNATION OF EXPERTS:  2/28/2025; REBUTTAL:  3/14/2025;
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is:  4/4/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by: 5/2/2025;
      Opp. Due:  5/16/2025; Reply Due:  5/23/2025;
      and set for hearing no later than 6/6/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  6/10/2025
PRETRIAL CONFERENCE DATE: 6/17/2025 at 1:30 PM.

JURYTRIAL DATE: 6/30/2025at 8:30 AM.
      Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

United States District Court
Northern District of California

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

     **IT IS SO ORDERED**.

Dated: August 19, 2024

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2