|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

MARVIN RODNEY PITMAN,

        Plaintiffs,

    v.

FIRST PRESBYTERIAN CHURCH OF SAN MATEO, et al.,

        Defendants.

Case No. 24-cv-02852-SI  (SI)

**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

The parties jointly stipulated to continue trial and pretrial date (Dkt. 41).  The Court grants the Stipulation as amended below:

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 5/16/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

ADR:  Court sponsored mediation to be completed by September 30, 2025.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  10/18/2024

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:  7/7/2025

DESIGNATION OF EXPERTS:  7/28/2025; REBUTTAL:  ***8/15/2025;***
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is:  ***9/8/2025***.

DISPOSITIVE MOTIONS **SHALL** be filed by:  10/6/2025;
    Opp. Due:  10/20/2025; Reply Due:  10/27/2025;
    and set for hearing no later than 11/10/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  ***11/21/2025;***
PRETRIAL CONFERENCE DATE:  ***12/9/2025*** at 1:30 PM.

JURYTRIAL DATE: ***1/12/2026*** at ***9:00 a.m.***
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: April 23, 2025

_____
SUSAN ILLSTON
United States District Judge

2