United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN RODNEY PITMAN,

    Plaintiff,

    v.

FIRST PRESBYTERIAN CHURCH OF SAN MATEO, et al.,

    Defendants.

Case No. 24-cv-02852-SI

**ORDER RE: PENDING MOTION FOR SUMMARY JUDGMENT**

Defendants' motion for summary judgment is scheduled for a hearing on October 17, 2025. In reviewing plaintiff's opposition brief, the Court has questions about the "expert report" provided by plaintiff's counsel and purportedly authored by Dr. Diane J. Weiss, M.D. Dkt. No. 56-1, Ex. 4.

Plaintiff's opposition brief was signed by plaintiff's counsel, and plaintiff's counsel submitted a declaration stating that the "expert report" is a "true and correct copy." Dkt. 56-1. ("Clapp Decl.").

The Court directs counsel to submit a declaration, signed by Dr. Diane J. Weiss, attesting that the "expert report" is in fact her work no later than **October 14, 2025**. A copy of the "expert report" should be attached to the declaration.

**IT IS SO ORDERED**.

Dated: October 10, 2025

SUSAN ILLSTON
United States District Judge