UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN RODNEY PITMAN, | Case No. 24-cv-02852-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FIRST PRESBYTERIAN CHURCH OF SAN MATEO, et al., | |
| Defendants. | |

The Court has granted summary judgment in favor of defendants. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 21, 2025

_____
SUSAN ILLSTON
United States District Judge